Kurt R. Bonds
Nevada Bar No. 006228
kbonds@alversontaylor.com
Trevor R. Waite
Nevada Bar No. 13779
twaite@alversontaylor.com
ALVERSON TAYLOR & SANDERS
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
(702) 384-7000 Telephone
(702) 385-7000 Facsimile

Attorneys for Defendant
COLLECTO, INC. dba EOS CCA

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA MCKEOWN,<br><br>  Plaintiff,<br><br>vs.<br><br>COLLECTO, INC. dba EOS CCA, a Massachusetts corporation; and TRANSUNION, LLC, a foreign limited liability company,<br><br>  Defendants. | CASE NO. 2:18-cv-01707-JAD-NJK<br><br>**STIPULATION AND JOINT REQUEST TO EXTEND TIME FOR DEFENDANT COLLECTO, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)**<br><br>Complaint served: 9/13/18<br>Current response date: 10/4/18<br>Proposed new response date: 10/18/18 |

Plaintiff REBECCA MCKEOWN ("Plaintiff") and Defendant COLLECTO, INC. dba EOS CCA ("Defendant EOS CCA"), through their respective counsel, hereby stipulate and jointly request that Defendant EOS CCA shall have an extension of time, up to and including October 18, 2018, within which to respond to Plaintiff's Complaint on file herein. This is the first stipulation for an extension of time for Defendant EOS CCA to respond to Plaintiff's Complaint. Defendant EOS CCA has only recently retained counsel and needs more time to investigate

Plaintiff's claims.  This joint request is also based on the fact that the requested extension is relatively short, and the parties believe that no currently scheduled Court hearing or other event will be impacted by the extension.  The parties further agree that the requested extension is made in good faith, and will not cause any prejudice to them.

     Respectfully submitted,

DATED:  October 3, 2018    ALVERSON TAYLOR & SANDERS

By:    s/Trevor R. Waite
    Kurt R. Bonds
    Trevor R. Waite
    Attorneys for Defendant
    COLLECTO, INC. dba EOS CCA

DATED:  October 3, 2018    COGBURN LAW OFFICES

By:    s/Jamie S. Cogburn
    Jamie S. Cogburn
    Erik W. Fox
    Attorneys for Plaintiff
    REBECCA MCKEOWN

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: October 4, 2018