**COGBURN LAW**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA MCKEOWN,<br><br>    Plaintiff,<br><br>vs.<br><br>COLLECTO, INC., dba EOS CCA, a Massachusetts Corporation, and TRANSUNION, LLC, a Foreign Limited-Liability Company,<br><br>    Defendants. | Case Number<br>2:18-cv-01707-JAD-NJK<br><br>**<u>STIPULATION AND ORDER TO DISMISS DEFENDANT COLLECTO, INC. WITH PREJUDICE</u>**<br><br>ECF Nos. 17, 20 |

IT IS HEREBY STIPULATED by and between Plaintiff, Rebecca McKeown ("Plaintiff") and Defendant, Collecto, Inc. dba EOS CCA ("EOS"), by and through their respective attorneys

. . .

. . .

. . .

. . .

. . .

. . .

of record, that all Plaintiff's claims asserted against EOS in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 24th day of May, 2019.                    Dated this 24th day of May, 2019.

**COGBURN LAW OFFICES**                              **ALVERSON TAYLOR & SANDERS**


By:  /s/Erik W. Fox                                  By:  /s/Trevor R. Waite
Name: Jamie S. Cogburn, Esq.                         Name: Kurt R. Bonds, Esq.
      Nevada Bar No. 8409                                  Nevada Bar No. 6228
      Erik W. Fox, Esq.                                    Trevor R. Waite, Esq.
      Nevada Bar No. 884                                   Nevada Bar No. 13779
      2580 St. Rose Parkway # 330                          6605 Grand Montecito Pkwy, Ste. 200
      Henderson, Nevada 89074                              Las Vegas, Nevada 89149
      *Attorneys for Plaintiff*                            *Attorneys for Defendant,*
                                                           *Collecto, Inc. dba EOS CCA*

## ORDER

Based on the stipulation between plaintiff and Defendant Collecto, Inc. dba EOS CCA **[ECF No. 20]** and good cause appearing, IT IS HEREBY ORDERED that the claims against Collecto, Inc. dba EOS CCA are DISMISSED with prejudice, each party to bear its own fees and costs. Collecto's pending motion for summary judgment **[ECF No. 17]** is DENIED as moot.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 28, 2019