COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA MCKEOWN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COLLECTO, INC., dba EOS CCA, a Massachusetts Corporation, and TRANSUNION, LLC, a Foreign Limited-Liability Company,<br><br>　　　　Defendants. | Case Number<br>2:18-cv-01707-JAD-NJK<br><br>**STIPULATION AND ORDER<br>TO DISMISS<br>DEFENDANT TRANSUNION LLC<br>WITH PREJUDICE**<br><br>ECF No. 22 |

　　　IT IS HEREBY STIPULATED by and between Plaintiff, Rebecca McKeown ("Plaintiff") and Defendant, TransUnion, LLC ("TransUnion"), by and through their respective attorneys

. . .

. . .

. . .

. . .

. . .

. . .

of record, that all Plaintiff's claims asserted against TransUnion in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 18th day of June, 2019.

**COGBURN LAW OFFICES**

By: */s/Erik W. Fox*
Name: Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Erik W. Fox, Esq.
Nevada Bar No. 884
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
*Attorneys for Plaintiff*

Dated this 18th day of June, 2019.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: */s/Jason G. Revzin*
Name: Jason G. Revzin, Esq.
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for TransUnion, LLC*

## ORDER

Based on the parties' stipulation **[ECF No. 22]** and good cause appearing, and because the dismissal of the claims against lone remaining defendant Trans Union, LLC leaves no claims pending, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 19, 2019